**2/4/2015**
**Aguilar, Samuel**

**COA No. 13-10-00273-CR**

**Tr. Ct. No. 09-253**

**PD-1379-14**

On this day, the Appellant's Pro Se petition for discretionary review has been refused.

Abel Acosta, Clerk

13TH COURT OF APPEALS  CLERK
DORIAN RAMIREZ
901 LEOPARD
CORPUS CHRISTI, TX  78401
* DELIVERED VIA E-MAIL *